ADRIAN M. DUNN

VERSUS

STATE OF LOUISIANA

NO. 21-KH-275

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

_____ June 17, 2021 _____

Nancy F. Vega
Chief Deputy Clerk

IN RE ADRIAN M. DUNN

APPLYING FOR  SUPERVISORY WRIT FROM THE TWENTY-THIRD JUDICIAL DISTRICT COURT,
PARISH OF ST JAMES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE KATHERINE TESS
STROMBERG, DIVISION "C", NUMBER 00,3208

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

## WRIT GRANTED FOR A LIMITED PURPOSE

Relator, Adrian Dunn, seeks mandamus relief that would order the trial
court to rule upon an application for post-conviction relief filed on or about March
22, 2021. Relator attached a copy of a uniform application for post-conviction
relief to this writ application; however, we cannot verify if the application has been
properly filed or ruled upon.

Accordingly, we grant relator's writ application for a limited purpose to
transfer the matter to the trial court.  We hereby order the trial court to rule on
relator's APCR within 30 days of the date of this writ disposition, if it has not
already done so, and provided that the application was properly filed. We further
order the trial court to provide this Court with a copy of its ruling.

Gretna, Louisiana, this 17th day of June, 2021.

**FHW**
**SMC**
**JGG**

21-KH-275

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **06/17/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-KH-275**

### E-NOTIFIED
23rd Judicial District Court (Clerk)
Hon. Katherine Tess Stromberg (DISTRICT JUDGE)
Grant L. Willis (Respondent)

### MAILED
Honorable Ricky L. Babin (Respondent)
District Attorney
23rd Judicial District Court
Post Office Box 66
Convent, LA 70723

Honorable Jeffrey M. Landry (Respondent)
Attorney General
Louisiana Department of Justice
1885 North 3rd Street
6th Floor, Livingston Building
Baton Rouge, LA 70802

Adrian M. Dunn #400765 (Relator)
Louisiana State Penitentiary
Angola, LA 70712